United States Court of Appeals
Fifth Circuit

**F I L E D**

May 8, 2003

Charles R. Fulbruge III
Clerk

In the

# United States Court of Appeals
## for the Fifth Circuit

———————

m 02-30944

———————

JOHN KNOX AND DENISE KNOX,
ON BEHALF OF JACOB KNOX, ON BEHALF OF LOGAN KNOX, ON BEHALF OF BAYLEE KNOX,

Plaintiffs-Appellants,

VERSUS

RHODIA, INC.,

Defendant-Appellee.

———————

Appeal from the United States District Court
for the Middle District of Louisiana
m 01-CV-263-C2

———————

Before SMITH, DENNIS, and CLEMENT,
Circuit Judges.

PER CURIAM:[*]

———————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circum-
(continued...)

John Knox and his wife sued Rhodia, Inc., for injuries Knox sustained on the job. The district court entered summary judgment for Rhodia, Inc., on the basis that it is Knox's statutory employer and thus is immune from

———————

[*](...continued)
stances set forth in 5TH CIR. R. 47.5.4.

tort liability under Louisiana law.

We have read the briefs, applicable portions of the record, and the pertinent authorities, and have heard the arguments of counsel. Finding no error in the careful explanation of the district court, we affirm, essentially for the reasons given by that court. Knox has failed to overcome the presumption that Rhodia, Inc., is his statutory employer.

AFFIRMED.